Battle J.
 

 The testimony given on the trial, fully justified the charge of his Honor .to the jury, and we can discover nothing in it, of which the defendant has a right to complain. The unfriendly feelings which had previously existed between him and the owner of the house, his rude behavior when he first entered, to say nothing of his being armed with deadly weapons, and the violent manner in which he entered the second time," clearly made out a case of forcible trespass. It was not necessary that the owner should, in words, have forbidden the entry, if his acts were sufficient, as we think they were, to indicate to the defendant that his entry was resisted. The opinion of the witness, "Wagstaff, expressed upon his cross examination, that pushing open a door and rushing into a house, was a peaceable entry, cannot alter the law upon the subject.
 

 
 *244
 
 The question, whether the entry, in the manner in which it Avas made, was against the will of the owner, Avas left to the' jury as favorably for the defendant as the Iuav allowed, and he must abide their verdict. The case is quite as strong as that of the
 
 State
 
 v.
 
 Toliver,
 
 5 Ire. Rep. 452, which was held to be a forcible trespass.
 

 There is no error in the record, and this will be certified as th'e law directs, to the end that the superior court of the county of NeAv Hanover may proceed to pronounce judgment upon the defendant.
 

 Pee OueiaM. . Judgment affirmed.